Form G-15

UNITED STATES BANKRUPTCY COURT
Northern District of Illinois
EASTERN DIVISION

219 S. Dearborn Street, Room 713, Chicago, IL 60604

<u>CHANGE OF ADDRESS</u> – **CREDITOR**

**If completed by an attorney, this form must be filed electronically in CM/ECF.**
**This form cannot be used to change the name of a creditor.**

In re: Alberto M Minzer         Case Number: 23-09845
                                Chapter: 13

Check which type of address change is being requested:

☑ Notice only        ☐ Payment only        ☐ Notice & Payment

Creditor's Name: Toyota Motor Corporation

Enter related claim number(s) if any:          Dollar Amount: $

Previous Notice Address:                       New Notice Address:
Toyota Motor Corporation                       Toyota Motor Credit Corporation
                                               PO Box 9013
                                               Addison, Texas 75001

Previous Payment Address:                      New Payment Address:

Change requested by:      David H Cutler
(Printed name and title)
                          Mailing Address
                          Cutler and Associates LTD
                          4131 Main St., Skokie, Il 60076  David H Cutler  9/8/23

Creditor Phone Number:
Creditor Email Address:
                          Signature and Date
                          4131 Main St., Skokie, Il 60076  David H Cutler  9/8/23

Under penalty of perjury, I declare that the information I have provided in this form is true and correct and I am authorized to execute this form on behalf of the creditor.

This notice is provided pursuant to 11 USC § 342 (e)(1), and the address provided above supersedes any previous address provided for this creditor in this case.

Revised 1/24/19